1122

No. 95–6841.  SHULZE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–6847.  NADAL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6851.  STANO v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 95–6861.  MILLER v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 95–6887.  MOORE v. TENNESSEE ET AL.  Cir. Ct. Maury County, Tenn.  Certiorari denied.

No. 95–6891.  SWEED v. 73RD LEGISLATIVE OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 95–6892.  STRICKLAND v. RANKIN COUNTY CORRECTIONAL FACILITY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–6898.  RIGGINS v. GIVENS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–6899.  SHIYR v. MISSOURI ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–6905.  ESPARZA v. ELLIOTT, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–6908.  GAMBLE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 95–6913.  JONES, AKA ALI-ABDUR'RAHMAN v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 95–6917.  COULTER v. JONES, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–6919.  LUMPKIN v. DRAGOVICH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–6929.  CARSON v. UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.